ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Quotient Technology Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080642 | $69,942.10 | 10/17/2019 | INV2044831 | 8/31/2019 | $264.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080642 | $69,942.10 | 10/17/2019 | INV2043364 | 8/31/2019 | $7,426.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080642 | $69,942.10 | 10/17/2019 | INV2042293 | 7/31/2019 | $19,735.81 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080642 | $69,942.10 | 10/17/2019 | INV2041711 | 7/31/2019 | $12,515.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080642 | $69,942.10 | 10/17/2019 | INV2036518 | 6/16/2019 | $30,000.00 |

**Totals:** **1 transfer(s),** **$69,942.10**